**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EVELYN DEMINICO, etc., et al.,**

    **Plaintiffs,**

v.                                  Case No.  8:03-cv-2319-T-30MSS

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    The Court has been advised via a Joint Notice of Settlement and Motion to Dismiss Without Prejudice (Dkt. #23) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that:

    1.    Said Motion is GRANTED.

    2.    This case is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.

    3.    All pending motions, if any, are **DENIED** as moot.

    4.    The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2003\03-cv-2319.dismissal.wpd